JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORMA ROSAS-JARA, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>  Defendants. | Case No. 2:24-cv-01620-JAD-NJK<br><br>**STIPULATION AND ORDER FOR <u>DISMISSAL WITH PREJUDICE</u>**<br><br>ECF No. 13 |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of this case;

**IT IS HEREBY STIPULATED AND AGREED** by and between David A. Tanner, Esq. of TANNER LAW FIRM, as counsel of record for Plaintiff NORMA ROSAS-JARA, and Pooja Kumar, Esq. of COOPER LEVENSON, P.A., as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiff NORMA ROSAS-JARA against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

//

NG-C2N3CBX6 4933-4123-3943.1

2. That there is no trial date presently scheduled for this matter.

**IT IS SO STIPULATED.**

DATED this 19th day of March, 2025.

**TANNER LAW FIRM**

*/s/ David A. Tanner*
_____
DAVID A. TANNER, ESQ.
Nevada Bar No. 08282
JEFFREY C. GUNN, ESQ.
Nevada Bar No. 15925
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
(702) 987-8888
Attorneys for Plaintiff
Norma Rosas-Jara

DATED this 19th day of March, 2025.

**COOPER LEVENSON, P.A.**

*/s/ Pooja Kumar*
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

# ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 21, 2025